UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSHUA KOPKA,

    Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

Case No. 3:23-CV-89 JD

# ORDER

There are currently only claims pending against two defendants in this action, Experian Information Solutions, Inc., and TransUnion, LLC, as the remaining claims and defendants have been dismissed. (*See* DE 30.) The plaintiff, Joshua Kopka, through counsel, has filed notice of voluntary dismissal of his claims with prejudice against these two remaining defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (DE 28, 29). As neither of these defendants has yet filed a response or a motion for summary judgment in this case, the Court will dismiss the claims against each defendant with prejudice.

Accordingly, the claims against the remaining defendants Experian Information Solutions, Inc., and TransUnion, LLC, are DISMISSED with prejudice and the Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: October 26, 2023

                                            /s/ JON E. DEGUILIO
                                            Judge
                                            United States District Court